Defendant Pro Se Response for Jonathan Van Pelt filed 05-03-24 in TXSD

United States District Court
for the
Southern District of Texas

**Honorable Judge George C Hanks Jr.**

Civil Action no. **4:23-cv-4482**

United States Courts
Southern District of Texas
F I L E D

MAY 03 2024

Nathan Ochsner, Clerk of Court

**Pro Se Response of
Defendant Jonathan Van Pelt**

You Honor,

In the case brought against Jonathan Van Pelt, it is true that under **FACTS #6** of the underlying **Complaint to Foreclose Lien and Appoint Receiver** that I, Jonathan Van Pelt, did plead guilty to Count 1 of the referenced Information, willful failure to truthfully account for and to pay over employment taxes, in violation of Title 26 United States Code, Section 7202. Which in turn I was sentenced to 30 months in prison and then supervised release for a term of 3 years. I was released to home confinement after 14 months and subsequently released from Supervised release 2 years early by Judge Alfred H. Bennet for meeting and exceeding all required items asked of me.

(1) In late February of 2023 I requested to speak with Anthony Franklyn, AUSA with the United States Attorney's Office – Southern District of Texas, in regards to the possible sale of the property located at 17017 Steinhagen Rd Cypress Texas 77429, which has been my Primary Residence since 2014.

(2) Although Quality American Rentals for U LLC owns this residence, I am an original investor in the residence and I have been responsible for the updates, upkeep, and taxes on the residence for the last 10 years.

(3) The residence has become too much of a financial burden to maintain, and knowing that there was a lien on the property, I contacted AUSA Franklyn to inquire about selling the property and splitting the proceeds so I could get into a smaller residence and more money could be paid toward my restitution amount. **At that time Mr. Franklyn verbally agreed to a 50/50 split of the property sales price.**

(4) Unfortunately on the 1st of March 2023 I took a fall in my back yard, shattering 4 ribs on my right side and puncturing my lung in 3 places. I had to be life flight-ed to the Memorial Hermann Trauma Center, where I spent a week learning about what my body had gone through and would go through over then next year. I asked a friend of mine to contact Mr. Franklyn and explain what happened, which he did, and that I would follow up with him ASAP. I spent the remainder of 2023 recovering and failed to reach back out. For that I sincerely apologize.

1

(5) In the interim Mr. Franklyn and the DOJ have now filed a civil lawsuit against me which states all proceeds from the sale of the property are to go towards restitution leaving me homeless.

(6) I am currently 54 years old and have had had Parkinson's Disease for the last 30+ years. I've been under a neurologist's (Dr. Maya Schiess) care for almost that entire time. I have had 2 brain surgeries to assist with this debilitating progressive disease, as well as 2 back surgeries, a TIA, and the fall last year where I almost died. I am also diabetic and just had a triple bypass surgery on March 25th 2024.

(7) As a result, I am now disabled and need to move into an ADA-compliant home so my wife and son (my caregivers) can assist me with the daily struggles of simply living. I cannot survive homeless.

(8) Your Honor, given my equity stake in the property of the original purchase price, upkeep, and 9 years' worth of real estate tax payments, my request is that the Court cause the DOJ to honor its original agreement of a 50/50 split of the proceeds of the property in order that I may use those funds for purchasing a home as described above. I understand and agree that any newly-purchased property would have a lien placed on it until I pass away as a condition precedent. Please don't allow the government to make myself and my caregivers homeless.

Respectfully,

Jonathan A. Van Pelt
Defendant, Pro-Se
17017 Steinhagen Rd
Cypress, Texas 77429
(713) 302-1149
jonathanvanpelt@comcast.net