# Exhibit "A"

A tract or parcel of land containing 4.222 acre (183,908 square feet) out of the M.H. Bundick Survey, Abstract No. 111, Harris County, Texas, being all of the called 3.0153 acre tract conveyed to Rocky E. Cooper and wife, Carolyn D. Cooper, as recorded under Clerk's File No. X608930 of the Official Public Records of Harris County (O.P.R.H.C.), and all of the called 1.2096 acre tract conveyed to Rocky E. Cooper and wife, Carolyn D. Cooper, as recorded under Clerk's File No. X865243 of the O.P.R.H.C., said 4.222 acre being more particularly described by metes and bounds as follows: (The basis of bearing for this description is the Texas State Plane Coordinate System, South Central Zone, NAD 83)

BEGINNING at a 1/2-inch iron rod found at the northeast corner of said 3.0153 acre tract and the northeast corner of the herein described tract, being the southeast corner of the 1.500 acre tract conveyed to Cleopatra Muradzikwa, as recorded under Clerk's File No. Y542232 of the O.P.R.H.C., lying in the west right-of-way line of Steinhagen Road (60 feet wide);

THENCE SOUTH 01 degrees 57 minutes 32 seconds EAST, 316.36 feet along said west right-of-way line of Steinhagen Road to a 1/2-inch iron rod found at the southeast corner of the herein described tract;

THENCE SOUTH 87 degrees 55 minutes 21 seconds WEST, 580.60 feet along the north line of the 1.00 acre tract conveyed to LaDonna L. Hendrix and Casey W. Hendrix, as recorded under Clerk's File No. 2013-056053 of the O.P.R.H.C., and along the north line of Lot 1, Block 1, of Sims Addition, a subdivision recorded under Film Code No. 639202 of the Harris County Map Records, to a wood fence corner post found at the southwest corner of the herein described tract;

THENCE NORTH 02 degrees 13 minutes 14 seconds WEST, 316.36 feet along the east line of the 11.8488 acre tract conveyed to Arnold T. Carrasco and Sharym M. Carrasco, as recorded under Clerk's File No. 2007-0105813 of the O.P.R.H.C., to a 1/2-inch iron rod found at the northwest corner of the herein described tract;

THENCE NORTH 87 degrees 55 minutes 21 seconds EAST, 582.05 feet along the south line of (2) 1.500 acre tracts conveyed to Cleopatra Muradzikwa, as recorded under Clerk's File No. Y542232 of the O.P.R.H.C., to the POINT OF BEGINNING of the herein described tract, containing 4.222 acres (183,908 square feet) of land.

ER 061 - 53 - 1121

D

UNOFFICIAL COPY

ER 061 - 53 - 1122



20140432382
# Pages 4
09/26/2014    08:59:28 AM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
STAN STANART
COUNTY CLERK
Fees 24.00

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



COUNTY CLERK
HARRIS COUNTY, TEXAS